United States District Court
Southern District of Texas

**ENTERED**

April 06, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAHDI T.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-100 |
| | § | |
| WARDEN, EL VALLE | § | |
| DETENTION CENTER, *et al.,* | § | |
|     Respondents. | § | |

## ORDER GRANTING EXTENSION

Respondents' "Opposed Motion to Extend Response Deadline to Petitioner's Petition for Writ of Habeas Corpus" (Dkt. No. 9), extending the response deadline to April 6, 2026, is **GRANTED**.

Signed on April 6, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.