United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MAHDI T., | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00100 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al.*, | § | |
|     "Respondents." | § | |

## <u>ORDER</u>

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Petitioner's "Motion for Expedited Consideration" (Dkt. No. 2), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss" (Dkt. No. 12) ("MTD"), the Magistrate Judge's "Report and Recommendation to Dismiss Petitioner's Habeas Petition" (Dkt. No. 14) ("R&R"), "Petitioner's Objections to Report and Recommendation" (Dkt. No. 15) ("Objections") and "Respondents' Response to petitioner's Objections to Report and Recommendation" (Dkt. No. 16) ("Response").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1) sua sponte, (2) deny the MTD (Dkt. No. 12) and "Motion for Expedited Consideration" (Dkt. No. 2) as moot, and (3) direct the Clerk of Court to close the case. Dkt. No. 14 at 1.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 15) and **ADOPTS** the R&R (Dkt. No. 14).

Accordingly, the Petition (Dkt. No. 1) is hereby **DENIED** sua sponte. The MTD (Dkt. No. 12) and "Motion for Expedited Consideration" (Dkt. No. 2) are further **DENIED as moot**. The Clerk of the Court is **DIRECTED** to close the case.

    SIGNED this May 14, 2026.

 

_____
Rolando Olvera
United States District Judge